UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | **'08 MJ 1167** |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| Huber SANCHEZ-Ayala ) AKA: Huber Sanchez YALA ) | Title 8, U.S.C. Section 1326; Deported Alien Found in the United States |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 30, 2007**, within the Southern District of California, defendant **Huber SANCHEZ-Ayala**, an alien, who had previously been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Lisette Guzman, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **April 2008**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On July 30, 2007, at about 3:17pm, defendant **Huber SANCHEZ-Ayala,** was arrested by Officers of the San Diego Sheriff's Office, Vista, California, for various state violations and booked into county jail. While in the custody of county jail, an Immigration Agent conducted a field interview, determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail.

On April 15, 2008 the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE) Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration File revealed that the defendant, Huber SANCHEZ-Ayala, has been ordered removed from the United States by an Immigration Judge on or about February 02, 2001, and removed to Mexico, via the San Ysidro, California, Port of Entry on same date. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT and Automated Fingerprint Identification System IAFIS were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Huber SANCHEZ-Ayala, a citizen and national of Mexico.

The defendant was advised of his of his Miranda rights. He waived those rights and agreed to answer questions without counsel present.

The defendant admitted that his true name is Huber SANCHEZ-Ayala, a citizen of Mexico by birth in Guerrero, Mexico. The defendant admitted he has not obtained a waiver to re-enter the United States. The defendant admitted that he has not applied to obtain documents nor is he in possession of documents entitling him to enter or reside in the United States. He admitted he knew it was against the law to enter illegally after having been deported.